UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAMS,<br>    Plaintiff, | : 08cv01477 (VLB)<br>:<br>: |
| v. | :<br>: |
| YOLEN, ET AL.,<br>    Defendants. | :<br>: November 21, 2008 |

## MOTION FOR A STAY

Defendant Yolen herewith requests that this Court enter a stay of the proceedings pursuant to Section 362(a) of the bankruptcy code, due to the fact that the plaintiff has this day filed a Notice of Stay in the state courts, reflecting that she this day filed for bankruptcy in a case bearing docket number 08-33825 (LMW). (Exhibit A)

THE DEFENDANT

By _____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745 (fax)
ct 13120

## CERTIFICATION

The foregoing was mailed this 21st day of November 2008 to Alreda Adams, 90 Rockdale Road, West Haven, CT 06516. (Neither the docket sheet or the complaint served on the defendant contains the address of the other defendants at this time.)

_____
NORMAN A. PATTIS

Docket No: CV-07-5013805 S                    Superior Court

Timothy B. Yolen, Trustee                      Judicial District of
          vs                                    New Haven at New Haven
Alfreda Adams                                   November 21, 2008

<u>Affidavit/Notice of Stay</u>

This is to certify that the defendant in the above matter has filed a petition in the U.S. Bankruptcy Court, District of Connecticut, Case 08-33825 Lmw, which acts as an automatic stay of the pending action.

Judicial District of New Haven
SUPERIOR COURT
FILED
NOV 21 2008
CHIEF CLERK'S OFFICE

The Plaintiff
Timothy B. Yolen, Trustee

By: Lawrence C. Sgrignari, Esq.

Certification
This is to certify that a copy hereof was hand delivered to the defendant on 11-21-08

Lawrence C. Sgrignari

Subscribed and sworn to before me this 21 day of November 2008
Timothy B. Yolen
Commissioner of the Superior Court